# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARNOLD VARGAS, <br><br> Plaintiff, <br><br> v. <br><br> SHIPT, INC., <br><br> Defendant. | ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 1:19-CV-10475-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate and agree that the above-captioned case is hereby dismissed, with prejudice, without costs, without fees, and with all rights of appeal hereby waived.

Respectfully submitted,

| **Arnold Vargas**, | **Shipt, Inc.**, |
|---|---|
| By his attorneys, | By its attorneys, |
|  |  |
| */s/ Jason M. Leviton* | */s/ Shepard Davidson* |
| Jason M. Leviton (BBO# 678331) | Shepard Davidson (BBO #557082) |
| BLOCK & LEVITON LLP | sdavidson@burnslev.com |
| 155 Federal Street, Suite 400 | Laura Lee Mittelman (BBO #689752) |
| Boston, MA 02110 | lmittelman@burnslev.com |
| Phone: (617) 398-5600 | Burns & Levinson LLP |
| jason@blockesq.com | 125 Summer Street |
|  | Boston, MA 02110 |
|  | 617-345-3000 |

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of this foregoing document was filed electronically on June 18, 2019.  Notices of this filing will be sent electronically to the registered participants in this matter as identified on the Notice of Electronic Filing.

                                            */s/ Laura Lee Mittelman*
                                          Laura Lee Mittelman (BBO #689752)